TEXTILE CAPITOL BUILDING CORPORATION, Appellant, *v.* WENDEL FOUNDATION, Respondent.

Argued December 8, 1938; decided January 4, 1939.

*Leslie Kirsch* and *Jerome Weinstein* for appellant.
*Harold Harper, George Link, Jr.,* and *Mary Lou Allen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.